UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.

SCOTT M. SCHEIRA,

        Defendant.
_____

24-CR-110-LJV-JJM
DECISION & ORDER



1.    On September 4, 2024, the defendant, Scott M. Scheira, pleaded guilty to the one-count information charging a violation of Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute, and to distribute, methamphetamine). Docket Item 24.

2.    On September 4, 2024, the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, filed a Report & Recommendation recommending that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty. Docket Item 26.

3.    This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

4.    This Court has carefully reviewed *de novo* Judge McCarthy's Report & Recommendation (Docket Item 26), the plea agreement (Docket Item 24), the information (Docket Item 23), a transcript of the plea proceeding (Docket Item 27), and the applicable law.

5.    The Court adopts Judge McCarthy's recommendation that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty of the one-count information.

IT IS HEREBY ORDERED that this Court adopts Judge McCarthy's September 4, 2024 Report & Recommendation, Docket Item 26, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's plea of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Scott M. Scheira, is now adjudged guilty under Title 21, United States Code, Section 841(a)(1).

SO ORDERED.

Dated:    October 21, 2024
         Buffalo, New York

_____
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE